

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00409-CR

**JOSHUA MARQUES WILLIS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2012-1058-C1

## O R D E R

Joshua M. Willis's "Appellant's Motion for Court's Extension of Time for the Filing of a Pro-Se Appeal Brief" and "Appellant's Objection to Attorney's Ander's Brief and Motion to Withdraw:  Under TRAP Rule 38," each filed on May 16, 2016, do not contain a proper proof of service as required by the Texas Rules of Appellate Procedure.  A copy of all documents presented to the Court must be served on all parties to the proceeding and must contain proper proof of service.  TEX. R. APP. P. 9.5.  Proof of service may be in

the form of a certificate of service. TEX. R. APP. P. 9.5(d). A certificate of service must state the name and address of each person served. *Id*. (e)(2). This Court is not a party to this proceeding.

To expedite a disposition in this proceeding, we use Rule 2 to address Willis's motions, but Willis's pro-se response, when filed, must be properly served. *See* TEX. R. APP. P. 2; 9.5. Willis's motion for 60 days to file a pro-se response is granted. The response is due **July 25, 2016**.

Further, the response is not a brief but is intended only to give Willis the opportunity to direct the Court's attention to the events and issues that Willis thinks may constitute meritorious issues on appeal. *See Wilson v. State*, 955 S.W.2d 693, 697 (Tex. App.—Waco 1997, order). After the response is filed, the State will have the opportunity to file a reply. *Id*. If the Court determines any of the issues are arguably meritorious, the appeal will be abated for the appointment of new counsel, but not otherwise. *See id*. at 698. Accordingly, Willis's "Appellant's Objection to Attorney's Ander's Brief and Motion to Withdraw: Under TRAP Rule 38," will not be addressed, as such, in the context of this appeal and is therefore, overruled.

PER CURIAM



Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion for extension of time granted; objection overruled
Order issued and filed May 26, 2016